# United States District Court
## Northern District of Illinois
### Eastern Division



NOV 1 0 2004

Cigarettes Cheaper!            JUDGMENT IN A CIVIL CASE

v.                            Case Number: 99 C 1174

R.J. Reynolds Tobacco Co.

NOV 15 2004

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that:

1.     Judgment is hereby entered in favor of R.J. Reynolds Tobacco Company and against Cigarettes Cheaper! on Counts I, II, III, IV, V and VI of R.J. Reynolds Tobacco Company's complaint in the amount of $3,560,002.00.

2.     Judgment is entered in favor of Counter-Defendant R.J. Reynolds Tobacco Co. and against Counter-Plaintiff Cigarettes Cheaper! on Cigarettes Cheaper!'s counterclaim. Cigarettes Cheaper to take nothing.

All matters in controversy having been resolved, final judgment is hereby entered in favor of R.J. Reynolds Tobacco Company and against Cigarettes Cheaper! in the amount of $3,560.002.00.

Michael W. Dobbins, Clerk of Court

Date: NOV 15 2004

Stephen C. Tokoph, Deputy Clerk

636