# United States District Court
## Northern District of Illinois
### Eastern Division

R.J. Reynolds Tobacco Co. et al      **AMENDED JUDGMENT IN A CIVIL CASE**

v.      Case Number: 99 C 1174

Cigarettes Cheaper! et al

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is hereby entered in favor of R.J. Reynolds Tobacco Company and GMB, Inc., and against Cigarettes Cheaper! on Counts I, II, III, IV, V and VI of R.J. Reynolds Tobacco Company and GMB, Inc.'s complaint in the amount of $3,560,002.00. R.J. Reynolds Tobacco Company and GMB, Inc. are awarded prejudgment interest in the amount of $1,313,706.00. Interest shall accrue on the combination of these two amounts at a rate of 2.47%, compounded annually.

2. Judgment is entered in favor of Counter-Defendant R.J. Reynolds Tobacco Co. and against Counter-Plaintiff Cigarettes Cheaper! on Cigarettes Cheaper!'s counterclaim. Cigarettes Cheaper to take nothing.

3. R.J. Reynolds Tobacco Company and GMB, Inc. are hereby awarded $117,855.23 in costs.

4. Defendants C.E.I. International, Inc., Canstar (USA), Inc., Genova Trading, Inc., and all John Does are dismissed with prejudice.

All matters in controversy having been resolved, final judgment is hereby entered in favor of R.J. Reynolds Tobacco Company and GMB, Inc., and against Cigarettes Cheaper! in the amount of $4,873,708.00.

Michael W. Dobbins, Clerk of Court

Date: February 8, 2005

Stephen C. Tokoph, Deputy Clerk